1  Kristen T. Gallagher (NSBN 9561)
   McDONALD CARANO LLP
2  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
3  Telephone: (702) 873-4100
   Facsimile: (702) 873-9966
4  kgallagher@mcdonaldcarano.com

5  Ann H. MacDonald (*pro hac* application to be submitted)
   ARENTFOX SCHIFF LLP
6  233 South Wacker Drive, Suite 7100
   Chicago, IL 60606
7  Telephone: (312) 258-5500
   ann.macdonald@afslaw.com

8
   Elise H. Yu (*pro hac* application to be submitted)
9  ARENTFOX SCHIFF LLP
   350 South Main Street, Suite 210
10 Ann Arbor, MI  48104
   Telephone: (734) 222-1500
11 elise.yu@afslaw.com

12 *Attorneys for Defendants Caesars Entertainment, Inc.*
   *f/k/a Eldorado Resorts, Inc., Desert Palace LLC,*
13 *d/b/a Caesars Palace, and VICI Properties Inc.*

14              **UNITED STATES DISTRICT COURT**

15                  **DISTRICT OF NEVADA**

16 C. C., individually,                          Case No.: 2:23-cv-02056-GMN-BNW

17                      Plaintiff,

   vs.
18                                                **STIPULATION AND ORDER TO**
   JAMAL F. RASHID a/k/a "MALLY                   **EXTEND TIME FOR DEFENDANTS**
19 MALL," an individual; HIGHGATE                 **CAESARS ENTERTAINMENT, INC.,**
   HOTELS, L.P., a Delaware limited               **DESERT PALACE LLC AND VICI**
20 partnership; RADISSON HOSPITALITY,             **PROPERTIES, INC. TO ANSWER OR**
   INC., a Minnesota corporation;                 **OTHERWISE RESPOND TO**
21 MARRIOTT INTERNATIONAL, INC.,                  **COMPLAINT**
   a Delaware corporation; DEUTSCHE BANK
22 AG, a German corporation; DEUTSCHE             **(First Request)**
   IMOBILIEN AG, a German corporation;
23 THE BLACKSTONE GROUP, L.P., a
   Delaware limited partnership; NEVADA
24 PROPERTY 1, LLC, a Delaware limited
   liability company; MGM RESORTS
25 INTERNATIONAL, a Delaware
   corporation; ARIA RESORT & CASINO
26 LLC, a Nevada limited liability company;
   WYNN RESORTS, LIMITED, a Nevada
27 corporation; WYNN LAS VEGAS, LLC, a
   Nevada limited liability company; STK LAS
28 VEGAS, LLC, a Nevada limited liability

27

28

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

company; THE ONE GROUP LLC, a
Delaware limited liability company; THE
ONE GROUP HOSPITALITY, INC, a
Colorado company; THE LIGHT GROUP,
LLC, a Nevada limited liability company;
VICI PROPERTIES INC., a New York Real
Estate Investment Trust; DESERT PALACE
LLC, d/b/a Caesar's Palace, a Nevada
Limited Liability Company; CAESAR'S
ENTERTAINMENT, INC. f/k/a Eldorado
Resorts, Inc., a Delaware corporation; and
ROE CORPORATIONS I-XX; and JOHN
DOES I-XX.

                    Defendants.

Defendants Caesars Entertainment, Inc. f/k/a Eldorado Resorts, Inc., Desert Palace LLC, d/b/a Caesars Palace, and VICI Properties Inc. (the "Caesars and VICI Defendants") and Plaintiff C.C. ("Plaintiff"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for the Caesars and VICI Defendants to answer or otherwise respond to the Complaint by thirty (30) days, from December 19, 2023 to January 18, 2024. This is the first request to extend the deadline.

The parties agree to the extension to permit the Caesars and VICI Defendants to fully evaluate the allegations in the Complaint so that they can prepare an appropriate response.

///

///

///

///

///

///

///

///

///

///

///

1    The undersigned represent that this stipulation is not designed for purposes of delay.

2    DATED this 18th day of December, 2023.

3    McDONALD CARANO LLP                    THE702FIRM INJURY ATTORNEYS

4    By: */s/ Kristen T. Gallagher*         By: */s/  Michael C. Kane*
         Kristen T. Gallagher (NSBN 9561)        Michael C. Kane (NSBN 10096)
5        2300 West Sahara Avenue, Suite 1200     Bradley J. Myers (NSBN 8857)
         Las Vegas, Nevada 89102                 Joel S. Hengstler (NSBN 11597)
6        kgallagher@mcdonaldcarano.com           8335 West Flamingo Road
                                                 Las Vegas, Nevada 89147
7        Ann H. MacDonald                        service@the702firm.com
         (*pro hac* application to be submitted)
8        ARENTFOX SCHIFF LLP
         233 South Wacker Drive, Suite 7100      *Attorneys for Plaintiff*
9        Chicago, IL 60606
         ann.macdonald@afslaw.com

10

11       Elise H. Yu
         (*pro hac* application to be submitted)
12       ARENTFOX SCHIFF LLP
         350 South Main Street, Suite 210
13       Ann Arbor, MI  48104
         elise.yu@afslaw.com

14
         *Attorneys for Defendants Caesars*
15       *Entertainment, Inc. f/k/a Eldorado*
         *Resorts, Inc., Desert Palace LLC, d/b/a*
16       *Caesars Palace, and VICI Properties*
         *Inc.*

17

18

19                                              **IT IS SO ORDERED:**

20

21                                              _____
                                                UNITED STATES MAGISTRATE JUDGE

22                                              Dated 12/19/2023_____

23

24

25

26

27

28

Page 3 of 3

McDONALD CARANO   2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102   PHONE 702.873.4100 • FAX 702.873.9966