**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
8335 West Flamingo Road
Las Vegas, NV 89147
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:         mckteam@the702firm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| C.C., individually,<br><br>             Plaintiff<br><br>vs.<br><br>JAMAL F. RASHID, et al.,<br><br>             Defendants. | CASE NO.  2:23-cv-02056-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS WYNN RESORTS, LIMITED AND WYNN LAS VEGAS, LLC'S MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(B)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER RULE 12(E)** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff, C.C., individually, by and through her undersigned counsel, THE702FIRM, and Defendants, WYNN RESORTS, LIMITED AND WYNN LAS VEGAS, LLC, by and through their undersigned counsel of record, SNELL & WILMER and JONES DAY, that the briefing schedule, regarding Wynn Resorts, Limited and Wynn Las Vegas, LLC's Motion to Dismiss the Complaint under Rule 12(B)(6) or, in the alternative, for a More Definite Statement Under Rule 12(E) will be modified.  The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 19, 2023, Defendants Wynn Resorts, Limited and Wynn Las Vegas, LLC filed their Motion to Dismiss the Complaint under Rule 12(B)(6) or, in the alternative, for a More Definite Statement Under Rule 12(E) ("Motion");

WHEREAS Plaintiff's opposition to Defendant's Motion is currently due on January 2, 2024, and as a result of the upcoming holidays Plaintiff requested additional time to prepare her opposition to Defendants Motion and Defendant granted that request;

NOW, therefore, the parties hereby STIPULATE that Plaintiff's Opposition to Defendants' Motion to Dismiss will be due January 15, 2024, and Defendants' Reply will be due January 29, 2024.

**IT IS SO STIPULATED.**

DATED this 21st day of December, 2023.                    DATED this 21st day of December, 2023.

| **THE702FIRM** | **SNELL & WILMER** |
|---|---|
| /s/ Michael Kane | /s/ Allison McQueen |
| _____ | _____ |
| MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>8335 West Flamingo Road<br>Las Vegas, NV 89147<br>Tel.: (702) 776-3333<br>Fax: (702) 505-9787<br>mckteam@the702firm.com<br>*Attorneys for Plaintiff* | DAWN DAVIS, ESQ.<br>Nevada Bar No. 13329<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Tel: (702) 784-5275<br>Fax: (702) 784-5252<br>ddavis@swlaw.com<br><br>ALLISON L. MCQUEEN, ESQ.<br>(*pro hac vice pending*)<br>**JONES DAY**<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>Tel.: (312) 782-3939<br>amcqueen@jonesday.com<br><br>*Attorneys for Defendants Wynn Resorts,<br>Limited & Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED this  29  day of   December  , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE