**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
8335 West Flamingo Road
Las Vegas, NV 89147
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:      mckteam@the702firm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| C.C., individually,<br><br>Plaintiff<br><br>vs.<br><br>JAMAL F. RASHID, et al.,<br><br>Defendants. | CASE NO.  2:23-cv-02056-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT HIGHGATE HOTELS, L.P.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(B)(6) WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff, C.C., individually, by and through her undersigned counsel, THE702FIRM, and Defendant, HIGHGATE HOTELS, L.P.'S, by and through their undersigned counsel of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, that the briefing schedule, regarding Highgate Hotels, L.P.'s Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(B)(6) with Prejudice will be modified.  The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 28, 2023, Defendant Highgate Hotels, L.P.'s Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(B)(6) with was filed ("Motion");

WHEREAS Plaintiff's opposition to Defendant's Motion is currently due on January 11, 2024, and Plaintiff requested additional time to prepare her opposition to Defendants Motion and Defendant granted that request;

NOW, therefore, the parties hereby STIPULATE that Plaintiff's Opposition to Defendant's Motion to Dismiss will be due January 15, 2024, and Defendants' Reply will be due January 29, 2024.

**IT IS SO STIPULATED**.

DATED this 9th day of January, 2024.                            DATED this 9th day of January, 2024.

| THE702FIRM | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Michael Kane | /s/ Josh Cole Aicklen |
| MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>8335 West Flamingo Road<br>Las Vegas, NV 89147<br>Tel.: (702) 776-3333<br>Fax: (702) 505-9787<br>mckteam@the702firm.com<br>*Attorneys for Plaintiff* | JOSH COLE AICKLEN, ESQ.<br>Nevada Bar No. 007254<br>Josh.Aicklen@lewisbrisbois.com<br>HUONG X. LAM, ESQ.<br>Nevada Bar No. 010916<br>Huong.Lam@lewisbrisbois.com<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Tel: (702) 893.3383<br>Fax: (702) 893.3789<br>*Attorneys for Defendant*<br>*HIGHGATE HOTELS LP* |

**ORDER**

IT IS SO ORDERED this   9   day of      January      , 2024.

_____
UNITED STATES DISTRICT COURT JUDGE