MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

ROPES & GRAY LLP
David B. Hennes (*pro hac vice* forthcoming)
Lisa H. Bebchick (*pro hac vice* forthcoming)
Andrew S. Todres (*pro hac vice* forthcoming)
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000 / Fax: (212) 596-9000
david.hennes@ropesgray.com
lisa.bebchick@ropesgray.com
andrew.todres@ropesgray.com
*Counsel for Defendant Deutsche Bank AG*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| C.C., individually,<br><br>    Plaintiff,<br><br>v.<br><br>JAMAL F. RASHID, a/k/a "MALLY MALL," an individual, HIGHGATE HOTELS, L.P., a Delaware limited partnership; RADISSON HOSPITALITY, INC., a Minnesota corporation; MARRIOTT INTERNATIONAL, INC., a Delaware corporation; DEUTSCHE BANK AG, a German corporation; DEUTSCHE IMOBILIEN AG, a German corporation; THE BLACKSTONE GROUP, L.P., a Delaware limited partnership; NEVADA PROPERTY 1, LLC, a Delaware limited liability company; MGM RESORTS INTERNATIONAL, a Delaware corporation; ARIA RESORT & CASINO LLC, a Nevada limited liability company; WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited liability company; STK LAS VEGAS, LLC, a Nevada limited liability company; THE ONE GROUP LLC, a Delaware limited liability company; THE ONE GROUP HOSPITALITY, INC., a Colorado company; THE LIGHT GROUP, | Case No. 2:23-cv-02056-GMN-BNW<br><br>**Stipulation and Order to Extend the Time for Deutsche Bank AG to Answer or Otherwise Respond to Complaint**<br><br>***Second Request*** |

1

|   |   |
|---|---|
| 1 | LLC, a Nevada limited liability company; VICI PROPERTIES INC., a New York Real Estate Investment Trust; DESERT PALACE LLC, d/b/a Caesar's Palace, a Nevada Limited Liability Company; CAESAR'S ENTERTAINMENT, INC., f/k/a Eldorado Resorts, Inc., a Delaware corporation; and ROE CORPORATIONS I–XX; and JOHN DOES I–XX. |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 | Defendants. |

Through their respective undersigned counsel, Plaintiff C.C. and Defendant Deutsche Bank AG ("Deutsche Bank") hereby stipulate and agree as follows:

1. ***Whereas***, pursuant to an earlier stipulation and order by the parties, the current deadline for Deutsche Bank to answer or otherwise respond to the complaint is February 12, 2024. (Dkt. 36.)

2. ***Whereas***, on January 16, 2024, Plaintiff filed a motion for leave to amend the complaint (the "Motion"), which remains pending. (Dkt. 41.)

3. ***Wherefore***, the parties stipulate and agree that the deadline for Deutsche Bank to answer or otherwise respond to the complaint shall be continued from February 12, 2024, to thirty days following an order resolving Plaintiff's Motion.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135

ROPES & GRAY LLP

*/s/ Andrew Todres*
David B. Hennes (*pro hac vice* forthcoming)
Lisa H. Bebchick (*pro hac vice* forthcoming)
Andrew S. Todres (*pro hac vice* forthcoming)
1211 Avenue of the Americas
New York, New York 10036
*Counsel for Defendant Deutsche Bank AG*

THE702FIRM INJURY ATTORNEYS

*/s/ Michael Kane*
Michael Kane, Esq., Bar No. 10096
Bradley Myers, Esq., Bar No. 8857
Joel Hengstler, Esq., Bar No. 11597
8335 West Flamingo Road
Las Vegas, Nevada 89147
*Counsel for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/24/2024