Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
kgallagher@mcdonaldcarano.com

Ann H. MacDonald (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
ann.macdonald@afslaw.com

Elise H. Yu (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI  48104
Telephone: (734) 222-1500
elise.yu@afslaw.com

*Attorneys for Defendants Caesars Entertainment, Inc.*
*f/k/a Eldorado Resorts, Inc., Desert Palace LLC,*
*d/b/a Caesars Palace, and VICI Properties Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| C. C., individually,<br><br>               Plaintiff,<br><br>vs.<br><br>JAMAL F. RASHID a/k/a "MALLY MALL," an individual; HIGHGATE HOTELS, L.P., a Delaware limited partnership; RADISSON HOSPITALITY, INC., a Minnesota corporation; MARRIOTT INTERNATIONAL, INC., a Delaware corporation; DEUTSCHE BANK AG, a German corporation; DEUTSCHE IMOBILIEN AG, a German corporation; THE BLACKSTONE GROUP, L.P., a Delaware limited partnership; NEVADA PROPERTY 1, LLC, a Delaware limited liability company; MGM RESORTS INTERNATIONAL, a Delaware corporation; ARIA RESORT & CASINO LLC, a Nevada limited liability company; WYNN RESORTS, LIMITED, a Nevada corporation; WYNN LAS VEGAS, LLC, a Nevada limited liability company; STK LAS VEGAS, LLC, a Nevada limited liability company; THE ONE | Case No.: 2:23-cv-02056-GMN-BNW<br><br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS CAESARS ENTERTAINMENT, INC. AND VICI PROPERTIES, INC. ONLY** |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

GROUP LLC, a Delaware limited liability company; THE ONE GROUP HOSPITALITY, INC, a Colorado company; THE LIGHT GROUP, LLC, a Nevada limited liability company; VICI PROPERTIES INC., a New York Real Estate Investment Trust; DESERT PALACE LLC, d/b/a Caesar's Palace, a Nevada  Limited Liability Company; CAESAR'S ENTERTAINMENT, INC. f/k/a Eldorado Resorts, Inc., a Delaware corporation; and ROE CORPORATIONS I-XX; and JOHN DOES I-XX.

Defendants.

Defendants Caesars Entertainment, Inc. f/k/a Eldorado Resorts, Inc. ("CEI") and VICI Properties Inc. ("VICI") and Plaintiff C.C. ("Plaintiff"), by and through their respective counsel of record, hereby agree and stipulate to dismiss without prejudice CEI and VICI.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1   Each party shall bear its/her own fees, costs and expenses.

2   DATED this 2nd day of February, 2024.

3   McDONALD CARANO LLP                    THE702FIRM INJURY ATTORNEYS

4   By: /s/  Kristen T. Gallagher          By: /s/  Michael C. Kane
       Kristen T. Gallagher (NSBN 9561)         Michael C. Kane (NSBN 10096)
5      2300 West Sahara Avenue, Suite 1200      Bradley J. Myers (NSBN 8857)
       Las Vegas, Nevada 89102                  Joel S. Hengstler (NSBN 11597)
6      kgallagher@mcdonaldcarano.com            8335 West Flamingo Road
                                                Las Vegas, Nevada 89147
7      Ann H. MacDonald                         service@the702firm.com
       (admitted pro hac vice)
8      ARENTFOX SCHIFF LLP
       233 South Wacker Drive, Suite 7100       Attorneys for Plaintiff
9      Chicago, IL 60606
       ann.macdonald@afslaw.com

10

11     Elise H. Yu
       (admitted pro hac vice)
12     ARENTFOX SCHIFF LLP
       350 South Main Street, Suite 210
13     Ann Arbor, MI  48104
       elise.yu@afslaw.com

14
       Attorneys for Defendants Caesars
15     Entertainment, Inc. f/k/a Eldorado
       Resorts, Inc., Desert Palace LLC, d/b/a
16     Caesars Palace, and VICI Properties
       Inc.

17                                              IT IS SO ORDERED:

18

19     _____
                                                UNITED STATES DISTRICT JUDGE
20

21                                              Dated:  February 9, 2024

22

23

24

25

26

27

28

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966