1  Bethany K. Biesenthal, *Pro Hac Vice*
   Allison L. McQueen, *Pro Hac Vice*
2  JONES DAY
   110 North Wacker Drive, Suite 4800
3  Chicago, IL  60606
   Telephone:  (312) 782-3939
4  Facsimile:  (312) 782-8585
   Email: bbiesenthal@jonesday.com
5          amcqueen@jonesday.com

6  Nicole Perry, *Pro Hac Vice*
   JONES DAY
7  717 Texas Street, Suite 3300
   Houston, TX 77002
8  Telephone:  (832) 239-3939
   Facsimile:  (832) 239-3600
9  Email: nmperry@jonesday.com

10 Patrick G. Byrne
   Nevada Bar No. 7636
11 Dawn Davis
   Nevada Bar No. 13329
12 SNELL & WILMER
   3883 Howard Hughes Parkway, Suite 1100
13 Las Vegas, NV 89169
   Telephone:  (702) 784-5275
14 Facsimile:  (702) 784-5252
   Email: pbyrne@swlaw.com
15        ddavis@swlaw.com

16 Attorneys for Defendant
   *Wynn Las Vegas, LLC*

17

**UNITED STATES DISTRICT COURT**
18  **DISTRICT OF NEVADA**

19

20  C.C., individually,                          **Case No. 2:23-cv-02056-GMN-BNW**

21          Plaintiff,                           **STIPULATION AND  ORDER MODIFYING BRIEFING**
22       v.                                     **SCHEDULE TO ANSWER OR OTHERWISE RESPOND TO FIRST**
23  JAMAL F. RASHID, *et al.*,                  **AMENDED COMPLAINT FOR ALL PARTIES**
24          Defendants.

25

26       Through their respective undersigned counsel, Plaintiff C.C. and Defendants Highgate

27 Hotels, L.P., Wynn Las Vegas, LLC, MGM Resorts International, Aria Resorts & Casino, LLC,

28

Nevada Property 1, LLC,[1] Deutsche Bank AG, Desert Palace, LLC,[2] STK Las Vegas, LLC, The One Group, LLC, The One Group Hospitality, Inc., and The Light Group, LLC hereby stipulate and agree as follows:

1. Whereas, Plaintiff filed a Motion for Leave to Amend Complaint on January 16, 2024 (ECF No. 41).

2. Whereas, Defendants Desert Palace, LLC and Deutsche Bank AG requested extensions to answer or otherwise respond (ECF Nos. 43 & 47).

3. Whereas, those extensions were granted, bringing their deadlines to February 14, 2024 and March 1, 2024, respectively (ECF Nos. 45 & 48).

4. Whereas, the Motion for Leave to Amend Complaint was granted on January 31, 2024 (ECF No. 54).

5. Whereas, the First Amended Complaint was filed on February 7, 2024 (ECF No. 57). Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendants Highgate Hotels, L.P., Wynn Las Vegas, LLC, MGM Resorts International, Aria Resorts & Casino, LLC, Nevada Property 1, LLC, STK Las Vegas, LLC, The One Group, LLC, The One Group Hospitality, Inc., and The Light Group, LLC to file a responsive pleading is February 21, 2024.

NOW THEREFORE, for efficiency, the parties have agreed to, and respectfully request, a briefing schedule as follows: Defendants' Answers or Motions to Dismiss will be due on March 1, 2024; Plaintiff's Oppositions to Defendants' Motions to Dismiss will be due on March 22, 2024; and Defendants' Replies will be due on April 5, 2024.

---

[1] This is the second request to extend the deadline for Defendants MGM Resorts International, Aria Resorts & Casino, LLC, and Nevada Property 1, LLC (together, "MGM Defendants") to respond to the First Amended Complaint. *See* ECF No. 64. This Stipulation supersedes the MGM Defendants' prior request to modify the briefing schedule.

[2] This is the second request to extend the deadline for Defendant Desert Palace LLC's answer or other response to the First Amended Complaint. ECF No. 43; *see also* Order on Stipulation to Extend Time for Defendants Caesars Entertainment, Inc., Desert Palace LLC and VICI Properties, Inc. to Answer or Otherwise Respond to Complaint, ECF No. 45.

| | | |
|---|---|---|
| 1 | Dated: February 13, 2024 | Respectfully Submitted, |
| 2 | | |
| 3 | /s/ Michael C. Kane | /s/ Nicole M. Perry |
| | Michael C. Kane | Nicole M. Perry, *Pro Hac Vice* |
| 4 | Nevada Bar No. 10096 | JONES DAY |
| | Bradley J. Myers. | 717 Texas Street, Suite 3300 |
| 5 | Nevada Bar No. 8857 | Houston, TX 77002 |
| | Joel S. Hengstler | Telephone: (832) 239-3939 |
| 6 | Nevada Bar No. 11597 | Facsimile: (832) 239-3600 |
| | THE 702 FIRM | Email: nmperry@jonesday.com |
| 7 | 400 South Seventh Street, Suite 400 | |
| | Las Vegas, NV 89101 | Bethany K. Biesenthal, *Pro Hac Vice* |
| 8 | Telephone: (702) 776-3333 | Allison L. McQueen, *Pro Hac Vice* |
| | Facsimile: (702) 505-9787 | JONES DAY |
| 9 | Email: mike@the702firm.com | 110 North Wacker Drive, Suite 4800 |
| |       brad@the702firm.com | Chicago, IL 60606 |
| 10 | | Telephone: (312) 782-3939 |
| | | Facsimile: (312) 782-8585 |
| 11 | Geoffrey C. Parker, *Pro Hac Vice* | Email: bbiesenthal@jonesday.com |
| | HILTON PARKER LLC |       amcqueen@jonesday.com |
| 12 | 7658 Slate Ridge Boulevard | |
| | Reynoldsburg, Ohio 43068 | Patrick G. Byrne |
| 13 | Telephone: (614) 992-2277 | Nevada Bar No. 7626 |
| | Facsimile: (614)927-5980 | Dawn Davis |
| 14 | Email: gparker@hiltonparker.com | Nevada Bar No. 13329 |
| | | SNELL & WILMER |
| 15 | Attorneys for Plaintiff C.C. | 3883 Howard Hughes Parkway, Suite 1100 |
| | | Las Vegas, NV 89169 |
| 16 | | Telephone: (702) 784-5275 |
| | | Facsimile: (702) 784-5252 |
| 17 | | Email: pbyrne@swlaw.com |
| | |       ddavis@swlaw.com |
| 18 | | |
| | | Attorneys for Defendants |
| 19 | | *Wynn Las Vegas, LLC* |
| 20 | | |
| 21 | | /s/ Josh Cole Aicklen |
| | | Josh Cole Aicklen |
| 22 | | Nevada Bar No. 007254 |
| | | Huong X. Lam |
| 23 | | Nevada Bar No. 010916 |
| | | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| 24 | | 6385 South Rainbow Boulevard, Suite 600 |
| | | Las Vegas, NV 89118 |
| 25 | | Telephone: (702) 893-3383 |
| | | Facsimile: (702) 893-3789 |
| 26 | | Email: josh.aicklen@lewisbrisbois.com |
| | |       huong.lam@lewisbrisbois.com |
| 27 | | |
| | | Attorneys for Defendant |
| 28 | | *Highgate Hotels, L.P.* |

*/s/ Todd L. Bice*
Todd L. Bice
Nevada Bar No. 4534
Emily A. Buchwald
Nevada Bar No. 13442
Alexandra N. Mateo
Nevada Bar No. 16275
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
Email: lit@pisanellibice.com
           eab@pisanellibice.com
           anm@pisanellibice.com

Attorneys for Defendants
*MGM Resorts International, Nevada Property 1, LLC, and Aria Resort & Casino LLC*


*/s/ Daniel R. McNutt*
Daniel R. McNutt
Nevada Bar No. 7815
Matthew C. Wolf
Nevada Bar No. 10801
MCNUTT LAW FIRM, P.C.
11441 Allerton Park Drive, #100
Las Vegas, NV 89135
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
Email: drm@mcnuttlawfirm.com
           mcw@mcnuttlawfirm.com

David B. Hennes, *Pro Hac Vice Forthcoming*
Lisa H. Bebchick, *Pro Hac Vice Forthcoming*
Andrew S. Todres, *Pro Hac Vice Forthcoming*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: david.hennes@ropesgray.com
           lisa.bebchick@ropesgray.com
           andrew.todres@ropesgray.com

Attorneys for Defendant
*Deutsche Bank AG*


*/s/ Jeremy R. Alberts*
Jeremy R. Alberts
Nevada Bar No. 10497
Christopher T. Bryd
Nevada Bar No. 6582

- 4 -

|   |   |
|---|---|
| 1 | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC |
| 2 | 6385 South Rainbow Boulevard, Suite 400 |
|   | Las Vegas, NV 89118 |
| 3 | Telephone: (702) 938-3838 |
|   | Facsimile: (702) 938-3864 |
| 4 | Email: jalberts@wwhgd.com |
|   | cbyrd@wwhgd.com |

Attorneys for Defendant
*The Light Group, LLC*


*/s/ Ann H. MacDonald*
Ann H. MacDonald, *Pro Hac Vice*
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: ann.macdonald@afslaw.com

Elise H. Yu, *Pro Hac Vice*
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1556
Facsimile: (734) 222-1501
Email: elise.yu@afslaw.com

Kristen T. Gallagher
Nevada Bar No. 9561
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: kgallagher@mcdonaldcarano.com

Attorneys for Defendant
*Desert Palace LLC*


*/s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
Meredith L. Markwell
Nevada Bar No. 9203
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone:  (702) 420-7000
Email:  jbraster@nblawnv.com
            mmarkwell@nblawnv.com

Attorney for Defendants
*STK Las Vegas, LLC, The One Group, LLC, and The One Group Hospitality, Inc.*

PER STIPULATION OF THE PARTIES, the briefing schedule is hereby set as follows: Defendants' Answers or Motions to Dismiss will be due on March 1, 2024; Plaintiff's Oppositions to Defendants' Motions to Dismiss will be due on March 22, 2024; and Defendants' Replies will be due on April 5, 2024.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:\_\_2/13/2024_____