MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:     (702) 776-3333
Facsimile:     (702) 505-9787
***E-Mail:       service@the702firm.com***

GEOFFREY C. PARKER, ESQ.
(*Pro Hac Vice*)
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:     (614) 992-2277
Facsimile:     (614) 927-5980
***E-Mail:       gparker@hiltonparker.com***

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CHLOE C., pseudonymously,

     Plaintiff,

vs.

JAMAL F. RASHID, et al.,

     Defendants.

Case No. : 2:23-cv-2056-GMN-BNW

**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RELATING TO DEFENDANTS' PENDING MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

**(SECOND REQUEST)**

Plaintiff Chloe C. ("Plaintiff") and Defendants Wynn Las Vegas, LLC; The Light Group, LLC; Highgate Hotels, L.P.; STK Las Vegas, LLC; The One Group, LLC; The One Group Hospitality, Inc.; MGM Resorts International; Aria Resort & Casino LLC; Nevada Property 1, LLC; and Desert Palace, LLC (collectively the "stipulating Defendants"), by and through their respective counsel of record, hereby agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff to respond to the stipulating Defendants' pending motions to dismiss by seven (7) additional days.  This is the second request to extend the response deadline and resulting reply deadline. Because the response deadline has already been extended once by

1   seven (7) days (*see* ECF No. 65), this results in a total extension of fourteen (14) days with a due

2   date for Plaintiff's response(s) of March 29, 2024.

3           Additionally, Plaintiff and the stipulating Defendants hereby agree, stipulate, and

4   respectfully request that the Court similarly extend the deadline for the stipulating Defendants to

5   reply in support of their pending motions to dismiss by fourteen (14) days, resulting in a due date

6   of April 19, 2024 for such replies.

7                           **Summary of Stipulated (Proposed) Briefing Schedule:**

8           Motions to Dismiss Previously Filed                   March 1, 2024

9           Plaintiff's Response(s) Due                           March 29, 2024

10          Defendants' Replies Due                               April 19, 2024

11          The undersigned represent that this stipulation is not designed for purposes of delay.

12  Dated: March 14, 2024

13  /s/ Geoffrey Parker                              /s/ Nicole M. Perry (per auth.)

14  Geoffrey Parker, Esq. (*Pro Hac Vice*)          Nicole M. Perry, Esq. (*Pro Hac Vice*)
    HILTON PARKER LLC                                JONES DAY
15  7658 Slate Ridge Blvd.                           717 Texas Street, Suite 3300
    Reynoldsburg, OH 43068                           Houston, TX 77002
16  Tel: (614) 992-2277                              Telephone: (832) 239-3939
    Fax: (614) 927-5980                              Facsimile: (832) 239-3600
17  gparker@hiltonparker.com                         Email: nmperry@jonesday.com
    *Attorney for Plaintiff*                         *Attorney for Defendant Wynn Las Vegas,*
18                                                   *LLC*

19                                                   /s/ Jeremy R. Alberts (per auth.)

20                                                   Jeremy R. Alberts, Esq.
                                                     Nevada Bar No. 10497
21                                                   jalberts@wwhgd.com
                                                     Christopher T. Byrd, Esq.
22                                                   Nevada Bar No. 6582
                                                     cbyrd@wwhgd.com
23                                                   WEINBERG, WHEELER, HUDGINS, GUNN &
                                                     DIAL, LLC
24                                                   6385 South Rainbow Blvd., Suite 400
                                                     Las Vegas, Nevada 89118
25                                                   Telephone: (702) 938-3838
                                                     Facsimile: (702) 938-3864
26                                                   *Attorneys for Defendant The Light Group,*
                                                     *LLC*
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Josh Cole Aicklen (per auth.)

JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
HUONG X. LAM
Nevada Bar No. 010916
Huong.Lam@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH
LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant HIGHGATE HOTELS LP*

/s/ Jennifer L. Braster (per auth.)

Jennifer L. Braster
Nevada Bar No. 9982
Meredith L. Markwell
Nevada Bar No. 9203
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com
*Attorneys for Defendant STK Las Vegas, LLC, The One Group Hospitality, Inc., and The One Group, LLC*

/s/ Emily A. Buchwald (per auth.)

Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
Alexandra N. Mateo, Esq., Bar No. 16275
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

DLA PIPER LLP (US)
Angela C. Agrusa (*pro hac vice forthcoming*)
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067-4704
Ellen E. Dew (*pro hac vice forthcoming*)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202-4576
*Attorneys for Defendant Aria Resort & Casino Holdings LLC, MGM Resorts International, and Nevada Property 1, LLC*

1

/s/ Kristen T. Gallagher (per auth.)

2

Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200

3

Las Vegas, Nevada 89102
Telephone:  (702) 873-4100

4

kgallagher@mcdonaldcarano.com

5

Ann H. MacDonald (*pro hac vice*)

6

ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606

7

8

Elise H. Yu (*pro hac vice*)
ARENTFOX SCHIFF LLP

9

350 South Main Street, Suite 210
Ann Arbor, MI 48104*Attorneys for
Defendant Desert Palace LLC*

10

11

12

PER STIPULATION OF THE PARTIES,
the briefing schedule is hereby set as

13

follows:  Plaintiff's Responses to
Defendants' Motions to Dismiss will be due

14

on March 29, 2024; and Defendants' Replies
will be due on April 19, 2024.

15

16

**IT IS SO ORDERED:**

17

18

UNITED STATES DISTRICT COURT
JUDGE

19

Dated:  March 14, 2024

20

21

22

23

24

25

26

27

28

THE702FIRM