```
 1  Robert A. Ryan, Esq. #12084
    robert@knightryan.com
 2  Scott A. Knight, Esq. #9083
    scott@knightryan.com
 3  KNIGHT & RYAN
    8880 W. Sunset Rd., Ste. 130
 4  Las Vegas, Nevada 89148
    Telephone: 702.462.6083
 5
    DLA PIPER LLP (US)
 6  Angela C. Agrusa (pro hac vice forthcoming)
    Angela.agrusa@dlapiper.com
 7  2000 Avenue of the Stars Suite 400
    Los Angeles, California 90067
 8  Telephone: 310.595.300

 9  Ellen E. Dew (pro hac vice forthcoming)
    650 S. Exeter Street Suite 1100
10  Baltimore, Maryland 21202
    Telephone: 410.580.3000
11
    Attorneys for Defendants, MGM Resorts
12  International; Aria Resort & Casino, LLC;
    and Nevada Property 1, LLC
13
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHLOE C., pseudonymously,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JAMAL F. RASHID a/k/a "MALLY MALL"; HIGHFATE HOTELS, L.P.; RADISSON HOSPITALITY, INC.; WYNN LAS VEGAS, LLC,; MGM RESORTS INTERNATIONAL; ARIA RESORT & CASINO, LLC; NEVADA PROPERTY 1, LLC; DEUTSCHE BANK AG; DEUTSCHE IMOILIEN AG; DESERT PALACE, LLC; STK LAS VEGAS, LLC; THE ONE GROUP, LLC; THE ONE GROUP HOSPITALITY, INC.; and THE LIGHT GROUP, LLC,<br><br>                    Defendants. | Case No.: 2:23-cv-2056-GMN-BNW<br><br>**SUBSTITUTION OF COUNSEL FOR MGM RESORTS INTERNATIONAL; ARIA RESORT & CASINO, LLC; AND NEVADA PROPERTY 1, LLC** |

1  Pursuant to LR IA 11-6(c), Defendants, MGM Resorts International, Nevada Property 1,
2  LLC and Aria Resort & Casino, LLC hereby substitutes:

3  Robert A. Ryan, Esq. #12084
   Scott A. Knight, Esq. #9083
4  KNIGHT & RYAN
   8880 W. Sunset Rd., Ste. 130
5  Las Vegas, Nevada 89148
   Telephone: 702.462.6083
6
7  in the above-entitled action, in place of and instead of Todd L Bice, Esq., Emilly A. Buchwald,

8  Esq. and Alexandra N. Mateo, Esq. of the law firm of PISANELLI BICE.

9  Defendants, MGM Resorts International, Nevada Property 1, LLC and Aria Resort &
   Casino, LLC will still be represented by Angela C. Agrusa and Ellen E. Dew, of the law firm of
10
   DLA PIPER LLP, whose *pro hac vice* applications are forthcoming. Consistent with LR IA 11-
11
   6(c), the foregoing stipulation is executed by the represented clients, the withdrawing counsel and
12
   the newly appearing counsel of record.
13
   We hereby authorize the above and foregoing substitution.
14
   Dated this 26 day of March 2024.
15
                                                    Defendants
16
                                                    MGM Resorts International
17

18                                                  By:_____
19

20                                                  Nevada Property 1, LLC
21

22                                                  By:_____

23                                                  Aria Resort & Casino, LLC

24
25                                                  By:_____



Page 2 of 3

We hereby consent to the above and foregoing substitution.

Dated this 27 day of March 2024.

PISANELLI BICE

By: /s/ Todd L. Bice
Todd L. Bice, Esq. #4534
Emily A. Buchwald, Esq. #13442
Alexandra N. Mateo, Esq. #16275
400 South 7th Street, Suite 300
Las Vegas, NV 89101

We are duly admitted to practice in this district and hereby accept the above and foregoing substitution as attorneys for Defendants, MGM Resorts International, Nevada Property 1, LLC and Aria Resort & Casino, LLC.

Dated this 27 day of March 2024.

KNIGHT & RYAN

By: /s/ Robert A. Ryan
Robert A. Ryan, Esq. #12084
Scott A. Knight, Esq. #9083
8880 W. Sunset Rd., Suite 130
Las Vegas, Nevada 89148

APPROVED:

DATED: 3/28/2024

_____
UNITED STATES DISTRICT JUDGE