MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
*E-Mail:*      service@the702firm.com

GEOFFREY C. PARKER, ESQ.
(*Pro Hac Vice*)
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:    (614) 927-5980
*E-Mail:*      gparker@hiltonparker.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHLOE C., pseudonymously, | Case No. : 2:23-cv-2056-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RELATING TO DEFENDANTS' PENDING MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| JAMAL F. RASHID, et al., | |
| Defendants. | **(THIRD REQUEST)** |

Plaintiff Chloe C. ("Plaintiff") and Defendants Wynn Las Vegas, LLC; The Light Group, LLC; Highgate Hotels, L.P.; STK Las Vegas, LLC; The One Group, LLC; The One Group Hospitality, Inc.; MGM Resorts International; Aria Resort & Casino LLC; Nevada Property 1, LLC; and Desert Palace, LLC (collectively the "stipulating Defendants"), by and through their respective counsel of record, hereby agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff to respond to the stipulating Defendants' pending motions to dismiss by seven (7) additional days.

This is the third request to extend the response deadline and resulting reply deadline. Because the response deadline has already been extended twice, by a total of fourteen (14) days (*see* ECF Nos. 65 & 80), this results in a total extension of twenty-one (21) days and a due date

for Plaintiff's response(s) of <u>April 5, 2024</u>.

Additionally, Plaintiff and the stipulating Defendants hereby agree, stipulate, and respectfully request that the Court similarly extend the deadline for the stipulating Defendants to reply in support of their pending motions to dismiss by seven (7) additional days, resulting in a due date of <u>April 26, 2024</u> for such replies.

**Summary of Stipulated (Proposed) Briefing Schedule:**

| | |
|---|---|
| Motions to Dismiss Previously Filed | March 1, 2024 |
| Plaintiff's Response(s) Due | April 5, 2024 |
| Defendants' Replies Due | April 26, 2024 |

The undersigned represent that this stipulation is not designed for purposes of delay. Plaintiff's counsel represents that this extension is sought due to unforeseen personal circumstances.

Dated: March 28, 2024

/s/ Geoffrey Parker

Geoffrey Parker, Esq. (*Pro Hac Vice*)
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
gparker@hiltonparker.com
*Attorney for Plaintiff*

/s/ Nicole M. Perry (per auth.)

Nicole M. Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com
*Attorney for Defendant Wynn Las Vegas, LLC*

/s/ Jeremy R. Alberts (per auth.)

Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
jalberts@wwhgd.com
Christopher T. Byrd, Esq.
Nevada Bar No. 6582
cbyrd@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendant The Light Group, LLC*

| | |
|---|---|
| 1 | /s/ Josh Cole Aicklen (per auth.) |
| 2 | JOSH COLE AICKLEN<br>Nevada Bar No. 007254 |
| 3 | Josh.Aicklen@lewisbrisbois.com<br>HUONG X. LAM |
| 4 | Nevada Bar No. 010916<br>Huong.Lam@lewisbrisbois.com |
| 5 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 6 | 6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118 |
| 7 | Telephone: 702.893.3383<br>Facsimile: 702.893.3789 |
| 8 | *Attorneys for Defendant HIGHGATE HOTELS LP* |
| 9 | /s/ Jennifer L. Braster (per auth.) |
| 10 | Jennifer L. Braster |
| 11 | Nevada Bar No. 9982<br>Meredith L. Markwell |
| 12 | Nevada Bar No. 9203<br>NAYLOR & BRASTER |
| 13 | 10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135 |
| 14 | Telephone: (702) 420-7000<br>jbraster@nblawnv.com |
| 15 | *Attorneys for Defendant STK Las Vegas, LLC, The One Group Hospitality, Inc., and The One Group, LLC* |
| 16 | |
| 17 | /s/ Emily A. Buchwald (per auth.) |
| 18 | Todd L. Bice, Esq., Bar No. 4534<br>TLB@pisanellibice.com |
| 19 | Emily A. Buchwald, Esq., Bar No. 13442<br>EAB@pisanellibice.com |
| 20 | Alexandra N. Mateo, Esq., Bar No. 16275<br>PISANELLI BICE PLLC |
| 21 | 400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| 22 | Telephone: 702.214.2100 |
| 23 | DLA PIPER LLP (US)<br>Angela C. Agrusa (*pro hac vice forthcoming*) |
| 24 | 2000 Avenue of the Stars, Suite 400<br>Los Angeles, California 90067-4704 |
| 25 | Ellen E. Dew (*pro hac vice forthcoming*)<br>650 S. Exeter Street, Suite 1100 |
| 26 | Baltimore, Maryland 21202-4576 |
| 27 | *Attorneys for Defendant Aria Resort & Casino Holdings LLC, MGM Resorts International, and Nevada Property 1, LLC* |
| 28 | |

/s/ Kristen T. Gallagher (per auth.)

Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Ann H. MacDonald (*pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606

Elise H. Yu (*pro hac vice*)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104*Attorneys for Defendant Desert Palace LLC*

PER STIPULATION OF THE PARTIES, the briefing schedule is hereby set as follows: Plaintiff's Responses to Defendants' Motions to Dismiss will be due on April 5, 2024; and Defendants' Replies will be due on April 26, 2024.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 28, 2024