1   Kristen T. Gallagher (NSBN 9561)
    McDONALD CARANO LLP
2   2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
3   Telephone: (702) 873-4100
    kgallagher@mcdonaldcarano.com
4
    Ann H. MacDonald (admitted *pro hac vice*)
5   ARENTFOX SCHIFF LLP
    233 South Wacker Drive, Suite 7100
6   Chicago, IL 60606
    Telephone: (312) 258-5500
7   ann.macdonald@afslaw.com

8   Elise H. Yu (admitted *pro hac vice*)
    ARENTFOX SCHIFF LLP
9   350 South Main Street, Suite 210
    Ann Arbor, MI  48104
10  Telephone: (734) 222-1500
    elise.yu@afslaw.com
11
    *Attorneys for Defendant Desert Palace LLC,*
12  *d/b/a Caesars Palace*

13              **UNITED STATES DISTRICT COURT**

                **DISTRICT OF NEVADA**
14
15  C. C., individually,                    Case No.: 2:23-cv-02056-GMN-BNW

16                        Plaintiff,

    vs.
17
    JAMAL F. RASHID a/k/a "MALLY           **STIPULATION AND ORDER TO**
18  MALL," an individual; HIGHGATE         **DISMISS DEFENDANT DESERT**
    HOTELS, L.P., a Delaware limited              **PALACE LLC ONLY**
19  partnership; RADISSON HOSPITALITY,
    INC., a Minnesota corporation;
20  MARRIOTT INTERNATIONAL, INC.,
    a Delaware corporation; DEUTSCHE BANK
21  AG, a German corporation; DEUTSCHE
    IMOBILIEN AG, a German corporation;
22  THE BLACKSTONE GROUP, L.P., a
    Delaware limited partnership; NEVADA
23  PROPERTY 1, LLC, a Delaware limited
    liability company; MGM RESORTS
24  INTERNATIONAL, a Delaware
    corporation; ARIA RESORT & CASINO
25  LLC, a Nevada limited liability company;
    WYNN RESORTS, LIMITED, a Nevada
26  corporation; WYNN LAS VEGAS, LLC, a
    Nevada limited liability company; STK LAS
27  VEGAS, LLC, a Nevada limited liability
    company; THE ONE GROUP LLC, a
28  Delaware limited liability company; THE
    ONE GROUP HOSPITALITY, INC, a
    Colorado company; THE LIGHT GROUP,

*(left margin, vertical text)* McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1 | LLC, a Nevada limited liability company;
VICI PROPERTIES INC., a New York Real
2 | Estate Investment Trust; DESERT PALACE
LLC, d/b/a Caesar's Palace, a Nevada
3 | Limited Liability Company; CAESAR'S
ENTERTAINMENT, INC. f/k/a Eldorado
4 | Resorts, Inc., a Delaware corporation; and
ROE CORPORATIONS I-XX; and JOHN
5 | DOES I-XX.

6 |                 Defendants.

7         Defendant Desert Palace LLC and Plaintiff C.C. ("Plaintiff"), by and through their

8 respective counsel of record, hereby agree and stipulate to dismiss without prejudice Desert

9 Palace LLC.

10         Each party shall bear its/her own fees, costs and expenses.

11         DATED this 29th day of March, 2024.

12 | McDONALD CARANO LLP             HILTON PARKER LLC

13 | By: */s/ Kristen T. Gallagher*       By: */s/ Geoffrey C. Parker*
     Kristen T. Gallagher (NSBN 9561)       Geoffrey C. Parker, Esq. (*Pro Hac Vice*)
14 |      2300 West Sahara Avenue, Suite 1200      7658 Slate Ridge Blvd.
     Las Vegas, Nevada 89102          Reynoldsburg, OH 43068
15 |      kgallagher@mcdonaldcarano.com       gparker@hiltonparker.com

16 |      Ann H. MacDonald                Michael C. Kane (NSBN 10096)
     (admitted *pro hac vice*)            Bradley J. Myers (NSBN 8857)
17 |      ARENTFOX SCHIFF LLP          Joel S. Hengstler (NSBN 11597)
     233 South Wacker Drive, Suite 7100      THE702FIRM INJURY ATTORNEYS
18 |      Chicago, IL 60606               8335 West Flamingo Road
     ann.macdonald@afslaw.com        Las Vegas, Nevada 89147
19 |                              service@the702firm.com
     Elise H. Yu
20 |      (admitted *pro hac vice*)
     ARENTFOX SCHIFF LLP
21 |      350 South Main Street, Suite 210      *Attorneys for Plaintiff*
     Ann Arbor, MI 48104
22 |      elise.yu@afslaw.com

23 | *Attorneys for Defendant Desert Palace*
*LLC d/b/a Caesars Palace*

24 |                      **ORDER**

25 | **IT IS SO ORDERED. IT IS FURTHER ORDERED** that Defendant Desert Palace
LLC's Motion to Dismiss, (ECF No. 77), is **DENIED as moot.**
26 |

27 | Dated this ___29___ day of March, 2024.

28 |

_____
Gloria M. Navarro, District Judge       Page 2 of 2
UNITED STATES DISTRICT COURT

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966