1
2
3
4
5
6
7

Jennifer L. Braster
Nevada Bar No. 9982
Meredith L. Markwell
Nevada Bar No. 9203
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendants STK
Las Vegas, LLC; The One Group,
LLC; The One Group Hospitality, Inc.*

8    UNITED STATES DISTRICT COURT

9    DISTRICT OF NEVADA

10   CHLOE C., pseudonymously,                     Case No. 2:23-cv-02056-GMN-BNW

11              Plaintiff,

12         v.

13   JAMAL F. RASHID a/k/a "MALLY          **STIPULATION AND ORDER TO**
     MALL"; HIGHGATE HOTELS, L.P.;          **STAY DISCOVERY**
14   RADISSON HOSPITALITY, INC.;
     WYNN LAS VEGAS, LLC; MGM
15   RESORTS INTERNATIONAL; ARIA
     RESORT & CASINO LLC; NEVADA
16   PROPERTY 1, LLC; DEUTSCHE
     BANK AG; DEUTSCHE IMOBILIEN
17   AG; DESERT PALACE, LLC; STK
     LAS VEGAS, LLC; THE ONE
18   GROUP, LLC; THE ONE GROUP
     HOSPITALITY, INC.; and THE
19   LIGHT GROUP, LLC,

20              Defendants.

21

22         Plaintiff Chloe C. and Defendants Wynn Las Vegas, LLC; The Light Group, LLC;

23   Highgate Hotels, L.P.; STK Las Vegas, LLC; The One Group, LLC; The One Group Hospitality,

24   Inc.; MGM Resorts International; Aria Resort & Casino LLC; and Nevada Property 1, LLC

25   (collectively the "Parties"), by and through their respective counsel of record, hereby agree and

26   stipulate as follows:

27

28

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

On March 1, 2024, Defendants filed their respective motions to dismiss Plaintiff's first amended complaint. (ECF Nos. 69, 71, 70, 72, 73, 77) (the "Motions to Dismiss").

On April 5, 2024, Plaintiff filed her omnibus opposition to the Motions to Dismiss.  (ECF No. 88).

In the interests of judicial economy and to avoid the incurrence of unnecessary attorneys' fees and costs, the Parties agree that discovery should be stayed pending the Court's ruling on the aforementioned Motions to Dismiss. Good cause exists for a stay of discovery here because discovery in this case involves the production of records involving a Plaintiff who alleges she is a survivor of human trafficking.  Discovery will necessarily involve highly sensitive documents related to Plaintiff; a stay while Defendants' Motions to Dismiss are pending will maximize the protections of Plaintiff's privacy, conserve judicial resources, and avoid unnecessary costs.

To the extent that the Court's decision on the Motions to Dismiss does not fully dispose of this matter, the Parties agree that a discovery plan and proposed scheduling order shall be due within thirty (30) days of the Court's decision on the Motions to Dismiss.

The Parties further discussed and intend to propose a one (1) year discovery period commencing as of the date of the Court's ruling on the Motions to Dismiss.

IT IS SO STIPULATED.

Dated: April 29, 2024

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
    Jennifer L. Braster
    Nevada Bar No. 9982
    Meredith L. Markwell
    Nevada Bar No. 9203
    10100 W. Charleston Blvd., Suite 120
    Las Vegas, NV 89135

*Attorneys for Defendants STK Las Vegas, LLC; The One Group, LLC; The One Group Hospitality, Inc.*

HILTON PARKER LLC

By: */s/ Geoffrey Parker*
    Geoffrey Parker, Esq. (*Pro Hac Vice*)
    7658 Slate Ridge Blvd.
    Reynoldsburg, OH 43068

*Attorney for Plaintiff Chloe C.*

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2 of 5

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: */s/ Jeremy R. Alberts*
    Jeremy R. Alberts, Esq.
    Nevada Bar No. 10497
    Christopher T. Byrd, Esq.
    Nevada Bar No. 6582
    6385 South Rainbow Blvd., Suite 400
    Las Vegas, Nevada 89118

*Attorneys for Defendant The Light Group, LLC*

JONES DAY

By: */s/ Nicole M. Perry*
    Nicole M. Perry, Esq. (*Pro Hac Vice*)
    717 Texas Street, Suite 3300
    Houston, TX 77002

    Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)
    Allison L. McQueen, Esq. (*Pro Hac Vice*)
    110 North Wacker Drive, Suite 4800
    Chicago, IL 60606

SNELL & WILMER
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Wynn Las Vegas, LLC*

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Josh Cole Aicklen*
    JOSH COLE AICKLEN
    Nevada Bar No. 007254
    HUONG X. LAM
    Nevada Bar No. 010916
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118

*Attorneys for Defendant HIGHGATE HOTELS LP*

KNIGHT & RYAN

By: */s/ Robert A. Ryan*
    Robert A. Ryan, Esq., Bar No. 12084
    robert@knightryan.com
    Scott A. Knight, Esq., Bar No. 9083
    scott@knightryan.com
    8880 W. Sunset Rd, Suite 130
    Las Vegas, Nevada 89148

DLA PIPER LLP (US)
Angela C. Agrusa (*pro hac vice forthcoming*)
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067-4704
Ellen E. Dew (*pro hac vice forthcoming*)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202-4576

*Attorneys for Defendant Aria Resort & Casino Holdings LLC, MGM Resorts International, and Nevada Property 1, LLC*

**IT IS SO ORDERED.**  All discovery shall be stayed pending the Court's decision on the Motions to Dismiss.  To the extent the Court's decision on the Motions to Dismiss does not fully dispose of this matter, a discovery plan and proposed scheduling order shall be due within thirty (30) days of the Court's decision.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2024

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 29th day of April, 2024, I caused the document **STIPULATION AND ORDER TO STAY DISCOVERY** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.


*/s/ Amy Reams*
An Employee of NAYLOR & BRASTER

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

5 of 5