KNIGHT & RYAN PLLC
Robert A. Ryan, #12084
Scott A. Knight, #9083
8880 W. Sunset Road. Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083
(702) 462-6084 fax
robert@knightryan.com
scott@knightryan.com

DLA Piper LLP (US).
Angela C. Agrusa (*pro hac vice* application forthcoming)
angela.agrusa@dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067-4704
(310) 595-3000
(310) 595-3300 fax

Ellen E. Dew (admitted *pro hac vice*)
ellen.dew@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
(410) 580-3000
(410) 580-3001 fax

*Attorneys for Defendants MGM Resorts International; Aria Resort & Casino LLC; and Nevada Property 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| C.C., a pseudonymous individual,<br><br>Plaintiff,<br><br>v.<br><br>Rashid, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-02056-GMN-BNW<br><br>**STIPULATION AND ORDER MODIFYING DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Chloe C. ("Plaintiff") and Defendants MGM Resorts International, Aria Resort & Casino LLC, and Nevada Property 1, LLC ("Defendants," and collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

On December 20, 2024, this Court dismissed Plaintiff's TVPRA claims without prejudice as to all of the Parties. (ECF. No. 115).

That same day, this Court dismissed Plaintiff's state law claims (N.R.S. § 41.1399 and intentional infliction of emotional distress) with prejudice as to all of the Parties. (ECF. No. 115).

The Court at the same time granted Plaintiff leave to amend her complaint by January 10, 2025. (ECF No. 115).

On January 10, 2025, Plaintiff filed a Motion for Leave to Amend her Complaint. (ECF No. 117). Plaintiff's proposed Second Amended Complaint brings beneficiary and perpetrator liability claims under the TVPRA against all of the Parties. Plaintiff also seeks to add beneficiary and perpetrator liability claims under the TVPRA against three new Defendants, including MGM Grand Hotel, LLC.

On January 27, 2025, this Court granted Plaintiff's Motion for Leave to Amend her Complaint and directed the Clerk of Court to file Plaintiff's Second Amended Complaint on the docket. (ECF No. 124).

In the interests of judicial economy, the Parties respectfully stipulate that Defendants' time to respond to the Second Amended Complaint be extended to February 18, 2025. This is Defendants first request to extend time to file a response to the complaint. Further, the Parties respectfully stipulate that MGM Grand Hotel, LLC will similarly be permitted to respond to Plaintiff's Second Amended Complaint on February 18, 2025.

Good cause exists to enlarge the time for Defendants and MGM Grand Hotel, LLC to respond to Plaintiff's Complaint. This extension would allow the preservation of judicial and party resources. This request is made in good faith and not for purposes of delay.

**WHEREAS** the Parties respectfully request that MGM Resorts International, Aria Resort

STIPULATION AND ORDER MODIFYING DEADLINE TO RESPOND TO
PLAINTIFF'S SECOND AMENDED COMPLAINT

1  & Casino LLC, Nevada Property 1, LLC, and MGM Grand Hotel, LLC shall have until February
2  18, 2025 to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint.
3
4  IT IS SO STIPULATED.
5  DATED this 28th day of January, 2025.

| | |
|---|---|
| THE702FIRM | Respectfully submitted,<br><br>KNIGHT & RYAN PLLC |
| By: */s/ Geoffrey C. Parker* | By: /s/ *Robert A. Ryan* |
| Geoffrey C. Parker, Bar No. 16952<br>gparker@hiltonparker.com<br>Hilton Parker LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br>Telephone: (614)-992-2277<br><br>Michael C. Kane, Bar No. 10096<br>mike@the702firm.com<br>Bradley J. Meyers, Bar No. 8857<br>brad@the702firm.com<br>Joel S. Hengstler, Bar No. 11597<br>joel@the702firm.com<br>THE702FIRM<br>8335 West Flamingo Road<br>Las Vegas, NV 89147<br>Telephone: (702)-776-3333<br><br>*Attorneys Plaintiff Chloe C.* | Robert A. Ryan, #12084<br>Scott A. Knight, #9083<br>robert@knightryan.com<br>scott@knightryan.com<br>8880 W. Sunset Road. Ste. 130<br>Las Vegas, Nevada 89148<br>(702) 462-6083<br>(702) 462-6084 fax<br><br>DLA Piper LLP (US)<br>Angela C. Agrusa (*pro hac vice* application forthcoming)<br>angela.agrusa@dlapiper.com<br>2000 Avenue of the Stars, Suite 400<br>Los Angeles, California 90067-4704<br>(310) 595-3000<br>(310) 595-3300 fax<br><br>Ellen E. Dew (admitted *pro hac vice*)<br>ellen.dew@us.dlapiper.com<br>650 S. Exeter Street Suite 1100<br>Baltimore, Maryland 21202-4576<br>(410) 580-3000<br>(410) 580-3001 fax<br><br>*Attorneys for Defendants MGM Resorts International; Aria Resort & Casino LLC; and Nevada Property 1, LLC* |

**IT IS SO ORDERED.**  Defendants MGM Resorts International, Aria Resort & Casino LLC, Nevada Property 1, LLC, and MGM Grand Hotel, LLC shall until February 18, 2025 to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint.

_____

UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2025

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2025, the foregoing **STIPULATION AND ORDER MODIFYING DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** was filed using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Jessica Malone*