1  Bethany K. Biesenthal, *Pro Hac Vice*
   Allison L. McQueen, *Pro Hac Vice*
2  JONES DAY
   110 North Wacker Drive, Suite 4800
3  Chicago, IL 60606
   Telephone:  (312) 782-3939
4  Facsimile:  (312) 782-8585
   Email: bbiesenthal@jonesday.com
5          amcqueen@jonesday.com

6  Nicole Perry, *Pro Hac Vice*
   JONES DAY
7  717 Texas Street, Suite 3300
   Houston, TX 77002
8  Telephone:  (832) 239-3939
   Facsimile:  (832) 239-3600
9  Email: nmperry@jonesday.com

10 Patrick G. Byrne
   Nevada Bar No. 7636
11 Dawn Davis
   Nevada Bar No. 13329
12 SNELL & WILMER
   3883 Howard Hughes Parkway, Suite 1100
13 Las Vegas, NV 89169
   Telephone:  (702) 784-5275
14 Facsimile:  (702) 784-5252
   Email: pbyrne@swlaw.com
15        ddavis@swlaw.com

16 Attorneys for Defendant
   *Wynn Las Vegas, LLC*

17

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| C.C., individually, | **Case No. 2:23-cv-02056-GMN-BNW** |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| JAMAL F. RASHID, *et al.*, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiff C.C. ("Plaintiff") and Defendants Wynn Las Vegas, LLC, Highgate Hotels, L.P., The Light Group, LLC, STK Las Vegas, LLC, The One Group Hospitality,

1  Inc., and The One Group LLC ("Defendants") (together, the "Parties"), by and through their
2  respective counsel of record, hereby agree and stipulate as follows:
3      1.   On December 20, 2024, this Court dismissed Plaintiff's TVPRA claims without
4  prejudice as to most or all of the Parties.  (ECF. No. 115).
5      2.   That same day, this Court dismissed Plaintiff's state law claims (N.R.S. § 41.1399
6  and intentional infliction of emotional distress) with prejudice as to all of the Parties.  (ECF. No.
7  115).
8      3.   The Court at the same time granted Plaintiff leave to amend her complaint by
9  January 10, 2025.  (ECF No. 115).
10     4.   On January 10, 2025, Plaintiff filed a Motion for Leave to Amend her Complaint.
11 (ECF No. 117).  Plaintiff's proposed Second Amended Complaint brings beneficiary and/or
12 perpetrator liability claims under the TVPRA against all Defendants.
13     5.   On January 27, 2025, this Court granted Plaintiff's Motion for Leave to Amend her
14 Complaint and directed the Clerk of Court to file Plaintiff's Second Amended Complaint on the
15 docket.  (ECF No. 124).
16     6.   On January 29, 2025, this Court granted Nevada Property 1, LLC, MGM Resorts
17 International, and Aria Resort & Casino LLC's Stipulation Modifying Deadline to Respond to
18 Plaintiff's Second Amended Complaint, extending the deadline for those defendants and for MGM
19 Grand Hotel, LLC to respond to February 18, 2025.  (ECF No. 127).
20     7.   In the interests of judicial economy, the Parties respectfully stipulate that
21 Defendants' time to respond to the Second Amended Complaint be extended to February 18, 2025.
22 This is Defendants' first request to extend time to file a response to the complaint.
23     8.   Good cause exists to enlarge the time for Defendants to respond to Plaintiff's
24 Complaint.  This extension would allow the preservation of judicial and party resources and would
25 allow Defendants to proceed on the same schedule as Nevada Property 1, LLC, MGM Resorts
26 International, Aria Resort & Casino LLC and MGM Grand Hotel, LLC.  This request is made in
27 good faith and not for purposes of delay.
28

1     WHEREAS the Parties respectfully request that Wynn Las Vegas, LLC, Highgate Hotels, L.P., The Light Group, LLC, STK Las Vegas, LLC, The One Group Hospitality, Inc., and The One Group LLC shall have until February 18, 2025 to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint.

    IT IS SO STIPULATED.

    DATED this 5th day of February, 2025.

Respectfully Submitted,

| | |
|---|---|
| /s/ Geoffrey C. Parker | /s/ Nicole M. Perry |
| Michael C. Kane | Nicole M. Perry, *Pro Hac Vice* |
| Nevada Bar No. 10096 | JONES DAY |
| Bradley J. Myers | 717 Texas Street, Suite 3300 |
| Nevada Bar No. 8857 | Houston, TX 77002 |
| Joel S. Hengstler | Telephone: (832) 239-3939 |
| Nevada Bar No. 11597 | Facsimile: (832) 239-3600 |
| THE 702 FIRM | Email: nmperry@jonesday.com |
| 400 South Seventh Street, Suite 400 | |
| Las Vegas, NV 89101 | Bethany K. Biesenthal, *Pro Hac Vice* |
| Telephone: (702) 776-3333 | Allison L. McQueen, *Pro Hac Vice* |
| Facsimile: (702) 505-9787 | JONES DAY |
| Email: mike@the702firm.com | 110 North Wacker Drive, Suite 4800 |
|     brad@the702firm.com | Chicago, IL 60606 |
| | Telephone: (312) 782-3939 |
| Geoffrey C. Parker | Facsimile: (312) 782-8585 |
| Nevada Bar No. 16952 | Email: bbiesenthal@jonesday.com |
| HILTON PARKER LLC |     amcqueen@jonesday.com |
| 7658 Slate Ridge Boulevard | |
| Reynoldsburg, Ohio 43068 | Patrick G. Byrne |
| Telephone: (614) 992-2277 | Nevada Bar No. 7626 |
| Facsimile: (614)927-5980 | Dawn Davis |
| Email: gparker@hiltonparker.com | Nevada Bar No. 13329 |
| | SNELL & WILMER |
| Attorneys for Plaintiff C.C. | 3883 Howard Hughes Parkway, Suite 1100 |
| | Las Vegas, NV 89169 |
| | Telephone: (702) 784-5275 |
| | Facsimile: (702) 784-5252 |
| | Email: pbyrne@swlaw.com |
| |     ddavis@swlaw.com |
| | |
| | Attorneys for Defendants |
| | *Wynn Las Vegas, LLC* |

/s/ Maria Thompson
Maria Thompson
Nevada Bar No. 16762
Josh Cole Aicklen
Nevada Bar No. 007254
LEWIS BRISBOIS BISGAARD
& SMITH, LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: josh.aicklen@lewisbrisbois.com

Attorneys for Defendant
*Highgate Hotels, L.P.*

/s/ Sebastian Cribari
Jeremy R. Alberts
Nevada Bar No. 10497
Christopher T. Bryd
Nevada Bar No. 6582
Sebastian Cribari
Nevada Bar No. 15888
WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC
6385 South Rainbow Boulevard, Suite 400
Las Vegas, NV 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
Email: jalberts@wwhgd.com
          cbyrd@wwhgd.com
          scribari@wwhgd.com

Attorneys for Defendant
*The Light Group, LLC*

/s/ Jennifer L. Braster
Jennifer L. Braster
Nevada Bar No. 9982
Meredith L. Markwell
Nevada Bar No. 9203
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Email: jbraster@nblawnv.com
          mmarkwell@nblawnv.com

Attorneys for Defendants
 *STK Las Vegas, LLC, The One Group, LLC,
 and The One Group Hospitality, Inc.*

**IT IS SO ORDERED.** Defendants Wynn Las Vegas, LLC, Highgate Hotels, L.P., The Light Group, LLC, STK Las Vegas, LLC, The One Group Hospitality, Inc., and The One Group LLC shall have until February 18, 2025 to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2025, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                  /s/ *Nicole M. Perry*
                  Nicole M. Perry

                  Attorney for Defendant
                  *Wynn Las Vegas, LLC*