Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
kgallagher@mcdonaldcarano.com

Ann H. MacDonald (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
ann.macdonald@afslaw.com

Elise H. Yu (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
elise.yu@afslaw.com

*Attorneys for Defendant Desert Palace LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| C. C., individually,<br><br>Plaintiff,<br><br>vs.<br><br>JAMAL F. RASHID a/k/a "MALLY MALL,"; HIGHGATE HOTELS, L.P.; RADISSON HOSPITALITY, INC.; WYNN LAS VEGAS, LLC,; DESERT PALACE LLC; NEVADA PROPERTY 1, LLC; ARIA RESORT & CASINO LLC; MGM GRAND HOTEL, LLC; STK LAS VEGAS, LLC; THE ONE GROUP, LLC; THE ONE GROUP HOSPITALITY, INC.; THE LIGHT GROUP, LLC; and TAO GROUP OPERATING, LLC,<br><br>Defendants. | Case No.: 2:23-cv-02056-GMN-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT DESERT PALACE LLC TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff C.C. ("Plaintiff") and Defendant Desert Palace LLC (together, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On March 29, 2024, this Court entered an Order on Stipulation to Dismiss Desert

1. Palace LLC without prejudice. (ECF No. 85).

2. On December 20, 2024, this Court dismissed Plaintiff's TVPRA claims without prejudice as to most or all of the Parties. (ECF. No. 115).

3. That same day, this Court dismissed Plaintiff's state law claims (NRS 41.1399 and intentional infliction of emotional distress) with prejudice as to all of the Parties. (ECF. No. 115).

4. The Court at the same time granted Plaintiff leave to amend her complaint by January 10, 2025. (ECF No. 115).

5. On January 10, 2025, Plaintiff filed a Motion for Leave to Amend her Complaint. (ECF No. 117). Plaintiff's proposed Second Amended Complaint re-names Desert Palace LLC and brings beneficiary and/or perpetrator liability claims under the TVPRA.

6. On January 27, 2025, this Court granted Plaintiff's Motion for Leave to Amend her Complaint and directed the Clerk of Court to file Plaintiff's Second Amended Complaint on the docket. (ECF No. 124).

7. On March 13, 2025, Plaintiff filed a returned Summons for Desert Palace LLC. (ECF No. 136).

8. The Parties respectfully stipulate that Defendant's time to respond to the Second Amended Complaint be extended from March 28, 2025 to April 11, 2025. This is Defendant's first request to extend time to file a response to the Second Amended Complaint.

9. Good cause exists to enlarge the time for Defendant to respond to Plaintiff's Second Amended Complaint because the parties have been discussing matters related to the pleading and needed an opportunity to exhaust those discussions. This request is made in good faith and not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREAS the Parties respectfully request that Desert Palace LLC shall have until April
2  11, 2025 to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint.
3  IT IS SO STIPULATED.
4  DATED this 28th day of March, 2025.

| McDONALD CARANO LLP | HILTON PARKER LLC |
|---|---|
| */s/  Kristen T. Gallagher* <br> Kristen T. Gallagher (NSBN 9561) <br> 2300 W. Sahara Avenue, Suite 1200 <br> Las Vegas, NV 89102 <br> Telephone: (702) 873-4100 <br> Facsimile: (702) 873-9966 <br> Email: kgallagher@mcdonaldcarano.com | */s/  Geoffrey C. Parker* <br> Geoffrey C. Parker (NSBN 16952) <br> 7658 Slate Ridge Boulevard <br> Reynoldsburg, Ohio 43068 <br> Telephone: (614) 992-2277 <br> Facsimile: (614)927-5980 <br> Email: gparker@hiltonparker.com |
| Ann H. MacDonald, *Pro Hac Vice* <br> ARENTFOX SCHIFF LLP <br> 233 South Wacker Drive, Suite 7100 <br> Chicago, IL 60606 <br> Telephone: (312) 258-5500 <br> Facsimile: (312) 258-5600 <br> Email: ann.macdonald@afslaw.com | Michael C. Kane (NSBN 10096) <br> Bradley J. Myers (NSBN 8857) <br> Joel S. Hengstler (NSBN 11597) <br> THE 702 FIRM <br> 400 South Seventh Street, Suite 400 <br> Las Vegas, NV 89101 <br> Telephone: (702) 776-3333 <br> Facsimile: (702) 505-9787 <br> Email:  mike@the702firm.com <br>             brad@the702firm.com |
| Elise H. Yu, *Pro Hac Vice* <br> ARENTFOX SCHIFF LLP <br> 350 South Main Street, Suite 210 <br> Ann Arbor, MI 48104 <br> Telephone: (734) 222-1556 <br> Facsimile: (734) 222-1501 <br> Email: elise.yu@afslaw.com | *Attorneys for Plaintiff C.C.* |
| *Attorneys for Defendant Desert Palace LLC* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 31, 2025