1  JOSH COLE AICKLEN
   Nevada Bar No. 007254
2  Josh.Aicklen@lewisbrisbois.com
   MARIA K. THOMPSON
3  Nevada Bar No. 016762
   Maria.Thompson@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   Attorneys for Defendant
7  HIGHGATE HOTELS LP

8
                        UNITED STATES DISTRICT COURT
9
                              DISTRICT OF NEVADA
10

11
   C.C., individually,                          CASE NO. 2:23-cv-02056-GMN-BNW
12
              Plaintiff,                        STIPULATION AND ORDER FOR
13                                              DISMISSAL WITH PREJUDICE AS TO
        vs.                                     DEFENDANT HIGHGATE HOTELS LP
14
   JAMAL F. RASHID a/k/a "MALLY MALL,"
15 an individual; HIGHGATE HOTELS, L.P.,
   a Delaware limited partnership;
16 RADISSON HOSPITALITY, INC., a
   Minnesota corporation; MARRIOTT
17 INTERNATIONAL INC., a Delaware
   corporation; DEUTSCHE BANK AG, a
18 German corporation; DEUTSCHE
   IMOBILIEN AG, a German corporation;
19 THE BLACKSTONE GROUP, L.P. a
   Delaware limited partnership; NEVADA
20 PROPERTY 1 LLC, a Delaware limited
   liability company, MGM RESORTS
21 INTERNATIONAL, a Delaware
   corporation; ARIA RESORT & CASINO
22 LLC, a Nevada Limited liability company;
   WYNN RESORTS, LIMITED,  a Nevada
23 corporation; WYNN LAS VEGAS, LLC, a
   Nevada limited liability company; STK LAS
24 VEGAS, LLC,  Nevada limited liability
   company; THE ONE GROUP LLC, a
25 Delaware limited liability company; THE
   ONE GROUP HOSPITALITY, INC, a
26 Colorado company; THE LIGHT GROUP,
   LLC, a Nevada limited liability company;
27 VICI PROPERTIES INC., a New York
   Real Estate Investment Trust; DESERT
28 PALACE LLC, d/b/a Caesar's Palace, a

157984169.1

Nevada Limited Liability Company; CAESAR'S ENTERTAINMENT, INC. f/k/a Eldorado Resorts, Inc., a Delaware corporation; and ROE CORPORATIONS I-XX; and JOHN DOES I-XX,

Defendants.

**IT IS HEREBY STIPULATED** by and between PLAINTIFF and Defendant HIGHGATE HOTELS LP, by and through their respective counsel, that Defendant HIGHGATE HOTELS be dismissed from the above action with prejudice, with each of the parties to bear their own costs and attorney's fees.

**IT IS FURTHER HEREBY STIPULATED** by and between PLAINTIFF and Defendant HIGHGATE HOTELS LP to vacate Defendant HIGHGATE's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to FRCP 12(b)(6) with Prejudice, filed on February 12, 2025 (ECF No. 131).

Dated this 24th day of June, 2025.

/s/ Geoffrey C. Parker
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147

GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
*Attorneys for Plaintiff C.C.*

Dated this 24th day of June, 2025.

/s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
MARIA K. THOMPSON
Nevada Bar No. 016762
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
HIGHGATE HOTELS LP

157984169.1    2

## ORDER

IT IS SO ORDERED.

Dated this  25  day of      June     , 2025.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP


 /s/ *Josh Cole Aicklen*
_____
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
MARIA K. THOMPSON
Nevada Bar No. 016762
Maria.Thompson@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant
HIGHGATE HOTELS LP