MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:   (702) 776-3333
Facsimile:    (702) 505-9787
*E-Mail:*        service@the702firm.com

GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
JONATHAN L. HILTON, ESQ.
Nevada Bar No. 16889
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:   (614) 992-2277
Facsimile:    (614) 927-5980
*E-Mail:*        gparker@hiltonparker.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHLOE C., pseudonymously,<br><br>　　Plaintiff,<br><br>vs.<br><br>JAMAL F. RASHID, et al.,<br><br>　　Defendants. | Case No. : 2:23-cv-2056-GMN-BNW<br><br>Judge Gloria M. Navarro<br><br>**FIRST STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE PERTAINING TO TAO GROUP OPERATING, LLC'S PENDING MOTION TO DISMISS** |

　　NOW COME Plaintiff CHLOE C. ("Plaintiff") and Defendant TAO GROUP OPERATING, LLC ("Defendant" and, together with Plaintiff, the "Parties") and hereby stipulate to the modify the briefing schedule for Defendant's pending motion to dismiss, (Doc. 167), by adding fourteen (14) days to each Party's time to respond or reply.  This is the first request to extend the briefing schedule for Defendant's motion.

　　This will result in the following updated briefing schedule:

//

//

//

| Filing | Old Deadline | New Deadline |
|---|---|---|
| Motion to Dismiss | July 11, 2025 | n/a (already filed) |
| Plaintiff's Response | July 25, 2025 | August 8, 2025 |
| Defendant's Reply | 7 days after Response (i.e. August 1, 2025) | 21 days after Response (i.e. August 29, 2025) |

DATED on this 17th day of July, 2024.

/s/ Geoffrey Parker

Geoffrey Parker, Esq.
Jonathan L. Hilton, Esq.
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

*Attorney for Plaintiff Chloe C.*

/s/ Jeremy R. Alberts

Jeremy R. Alberts, Esq.
Christopher T Byrd, Esq.
WEINBERG WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Tao Group Operating, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 17, 2025