MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
*E-Mail:*    service@the702firm.com

GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
JONATHAN L. HILTON, ESQ.
Nevada Bar No. 16889
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:    (614) 927-5980
*E-Mail:*    gparker@hiltonparker.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHLOE C., pseudonymously, | Case No. : 2:23-cv-2056-GMN-BNW |
| Plaintiff, | Judge Gloria M. Navarro |
| vs. | **FIRST STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE PERTAINING TO THE PENDING MOTIONS TO DISMISS** |
| JAMAL F. RASHID, et al., | |
| Defendants. | (FIRST REQUEST) |

NOW COME Plaintiff CHLOE C. ("Plaintiff") and Defendants WYNN LAS VEGAS, LLC, TAO GROUP OPERATING, LLC, MGM GRAND HOTEL, LLC and STK LAS VEGAS, LLC ("Defendants" and, together with Plaintiff, the "Parties") and hereby stipulate to the modify the briefing schedule for Defendants' pending motions to dismiss, (Docs. 174, 176, 177, 179), by adding seven (7) days to each Party's time to respond or reply. This is the first request to extend the briefing schedule for Defendants' motions.

This will result in the following updated briefing schedule:

//

| Filing | Old Deadline | New Deadline |
|---|---|---|
| Motions to Dismiss | July 31, 2025 | n/a (already filed) |
| Plaintiff's Response | August 14, 2025 | August 21, 2025 |
| Defendant's Reply | 7 days after Response (i.e. August 21, 2025) | 14 days after Response (i.e. September 4, 2025) |

DATED on this 11th day of August, 2025.

/s/ Geoffrey Parker

Geoffrey Parker, Esq.
Jonathan L. Hilton, Esq.
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

*Attorneys for Plaintiff Chloe C.*

/s/ Nicole M. Perry

Nicole M. Perry, Esq. (admitted Pro Hac Vice)
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

*Attorneys for Defendant Wynn Las Vegas, LLC*

/s/ Jennifer L. Braster

Jennifer L. Braster
Nevada Bar No. 9982
Meredith L. Markwell
Nevada Bar No. 9203
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Email: jbraster@nblawnv.com
Email: mmarkwell@nblawnv.com

*Attorneys for STK Las Vegas, LLC*

/s/ Jeremy R. Alberts

Jeremy R. Alberts, Esq.
Christopher T Byrd, Esq.
WEINBERG WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Tao Group Operating, LLC*

/s/ Robert A. Ryan

Robert A. Ryan, #12084
Scott A. Knight, #9083
KNIGHT & RYAN PLLC
robert@knightryan.com
scott@knightryan.com
8880 W. Sunset Road. Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083
(702) 462-6084 fax

Ellen E. Dew (admitted pro hac vice)
DLA PIPER LLP
ellen.dew@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
(410) 580-3000
(410) 580-3001 fax

*Attorneys for MGM Grand Hotel, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: August 15, 2025