Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
*jalberts@wwhgd.com*
Christopher T. Byrd, Esq.
Nevada Bar No. 6582
*cbyrd@wwhgd.com*
Sebastian E. Cribari, Esq.
Nevada Bar No. 15888
*scribari@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Tao Group Operating, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| C.C., individually,<br><br>Plaintiff,<br><br>v.<br><br>JAMAL F. RASHID, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-02056-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TAO GROUP OPERATING LLC TO FILE REPLY TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Defendant Tao Group Operating, LLC (hereinafter, "Tao", "Marquee," and/or "Omnia") and Plaintiff CHLOE C. ("Plaintiff") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree, stipulate, and respectfully request that the Court grant a seven day extension for Tao to file its reply in support of its pending motion to dismiss, (ECF 176). On August 15, 2025 the Court extended the briefing schedule making Defendant's Reply due on September 4, 2025 (ECF 184) and now the parties request an additional seven (7) days to file, making the new deadline September 11, 2025.

///

///

| | |
|---|---|
| /s/ Geoffrey Parker<br>Geoffrey Parker, Esq.<br>Jonathan L. Hilton, Esq.<br>HILTON PARKER LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br><br>*Attorneys for Plaintiff Chloe C.* | /s/ Jeremy R. Alberts<br>Jeremy R. Alberts, Esq.<br>Christopher T. Byrd, Esq.<br>Sebastian E. Cribari, Esq.<br>WEINBERG, WHEELER, HUDGINS, GUNN &<br>DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br><br>*Attorneys for Tao Group Operating, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE