MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
***E-Mail:***        *service@the702firm.com*

GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
JONATHAN L. HILTON, ESQ.
Nevada Bar No. 16889
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:    (614) 927-5980
***E-Mail:***        *gparker@hiltonparker.com*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CHLOE C., pseudonymously,

    Plaintiff,

vs.

JAMAL F. RASHID, et al.,

    Defendants.

Case No.: 2:23-cv-2056-GMN-BNW

Judge Gloria M. Navarro

**FIRST STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE PERTAINING TO PLAINTIFF'S PENDING MOTION FOR <u>RECONSIDERATION</u>**

**(FIRST REQUEST)**

    NOW COME Plaintiff CHLOE C. ("Plaintiff") and Defendants WYNN LAS VEGAS, LLC, TAO GROUP OPERATING, LLC, MGM GRAND HOTEL, LLC and STK LAS VEGAS, LLC ("Defendants" and, together with Plaintiff, the "Parties") and hereby stipulate to the modify the briefing schedule for Plaintiff's pending motion for reconsideration under Rule 54(b) (Doc. 202), by adding seven (7) days to Defendants' time to respond in opposition and by setting Plaintiff's reply deadline for seven (7) days after the Defendants' response deadline. This is so the Plaintiff can harmonize reply to deadlines into one uniform filing date. This is the first request to extend the briefing schedule for Defendants' motions.

This will result in the following updated briefing schedule:

| Filing | Old Deadline | New Deadline |
| --- | --- | --- |
| Defendants' Response Briefing | March 13, 2026 | March 20, 2026 |
| Plaintiff's Reply Briefing | 7 days after each Defendant's Response is Filed | March 27, 2026 |

DATED on this 11th day of March 2026

/s/ Geoffrey Parker
Geoffrey Parker, Esq.
Jonathan L. Hilton, Esq.
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

*Attorneys for Plaintiff Chloe C.*

/s/ Sebastian E. Cribari
Sebastian E. Cribari, Esq.
Jeremy R. Alberts, Esq.
Christopher T Byrd, Esq.
WEINBERG WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Tao Group Operating, LLC*

/s/ Nicole M. Perry
Nicole M. Perry, Esq. (admitted Pro Hac Vice)
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

*Attorneys for Defendant Wynn Las Vegas, LLC*

/s/ Jennifer L. Braster
Jennifer L. Braster
Nevada Bar No. 9982
Meredith L. Markwell
Nevada Bar No. 9203
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
Email: jbraster@nblawnv.com
Email: mmarkwell@nblawnv.com

*Attorneys for STK Las Vegas, LLC*

/s/ Robert A. Ryan
Ellen E. Dew (admitted pro hac vice)
DLA PIPER LLP
ellen.dew@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
(410) 580-3000
(410) 580-3001 fax

Robert A. Ryan, #12084
Scott A. Knight, #9083
KNIGHT & RYAN PLLC
robert@knightryan.com
scott@knightryan.com
8880 W. Sunset Road. Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083
(702) 462-6084 fax

*Attorneys for MGM Grand Hotel, LLC*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

Dated: _____ March 12, 2026 _____