MARC P. COOK, ESQ.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: mcook@bckltd.com
*Attorneys for Defendant, Jamal Rashid*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

C.C., individually,

Plaintiff,

v.

JAMAL F. RASHID, et al.,

Defendants.

CASE NO. 2:23-cv-02056-GMN-BNW

**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**

Pursuant to LR IA 11-6(c), Defendant, JAMAL F. RASHID ("Defendant" or "Rashid"); Cook & Kelesis, Ltd., the Freedom Law Firm, and the Flangas Law Offices hereby stipulate to the substitution of Marc P. Cook, Esq. of Cook & Kelesis, Ltd. in the place and stead of the Freedom Law Firm and the Flangas Law Offices as counsel for Defendant, Jamal F. Rashid in the above-captioned action.

The Defendant, Cook & Kelesis, Ltd., the Freedom Law Firm, and the Flangas Law Offices respectfully request that this Court enter an order approving this substitution, permitting the withdrawal of the Freedom Law Firm and the Flangas Law Offices, and their removal from the CM/ECF Service List in this case.

**CONSENT TO SUBSTITUTION BY CLIENT**

Pursuant to LR IA 11-6(c), Defendant, Jamal F. Rashid, hereby consents to the

substitution of Marc P. Cook, Esq., of the law firm of Cook & Kelesis, Ltd., as his counsel in the place and stead of George Haines, Esq., of the Freedom Law Firm, and Leonides Peter Flangas, Esq. of the Flangas Law Offices in the above-entitled matter.

DATED this 21st day of October, 2026.

JAMAL F. RASHID, Defendant

**CONSENT TO SUBSTITUTION BY COUNSEL**

Pursuant to LR IA 11-6(c), George Haines, Esq. of the Freedom Law Firm hereby consents to the substitution of Cook & Kelesis, Ltd. as counsel of record in his place and stead on behalf of the Defendant, Jamal F. Rashid.

THE FREEDOM LAW FIRM

George Haines, Esq.
8985 S. Eastern Avenue Suite 205
Las Vegas, Nevada 89123
ghaines@freedomlegalteam.com

Pursuant to LR IA 11-6(c), Leonides Peter Flangas, Esq. of the Flangas Law Offices, hereby consents to the substitution of Cook & Kelesis, Ltd. as counsel of record in his place and stead on behalf of the Defendant, Jamal F. Rashid.

FLANGAS LAW OFFICES

______________________________
Leonides Peter Flangas, Esq.
616 S. Eighth Street
Las Vegas, Nevada 89101
leo@flangaslawfirm.com

substitution of Marc P. Cook, Esq., of the law firm of Cook & Kelesis, Ltd., as his counsel in the place and stead of George Haines, Esq., of the Freedom Law Firm, and Leonides Peter Flangas, Esq. of the Flangas Law Offices in the above-entitled matter.

DATED this 21st day of October, 2026.

JAMAL F. RASHID, Defendant

**CONSENT TO SUBSTITUTION BY COUNSEL**

Pursuant to LR IA 11-6(c), George Haines, Esq. of the Freedom Law Firm hereby consents to the substitution of Cook & Kelesis, Ltd. as counsel of record in his place and stead on behalf of the Defendant, Jamal F. Rashid.

THE FREEDOM LAW FIRM

George Haines, Esq.
8985 S. Eastern Avenue Suite 205
Las Vegas, Nevada 89123
ghaines@freedomlegalteam.com

Pursuant to LR IA 11-6(c), Leonides Peter Flangas, Esq. of the Flangas Law Offices, hereby consents to the substitution of Cook & Kelesis, Ltd. as counsel of record in his place and stead on behalf of the Defendant, Jamal F. Rashid.

FLANGAS LAW OFFICES

Leonides Peter Flangas, Esq.
616 S. Eighth Street
Las Vegas, Nevada 89101
leo@flangaslawfirm.com

**CONSENT TO SUBSTITUTION BY COOK & KELESIS, LTD.**

Pursuant to LR IA ll-6(c), Marc P. Cook, Esq. of the law firm of Cook & Kelesis, Ltd., consents to substitution as counsel of record for Defendant, Jamal F. Rashid, in the place and stead of the Freedom Law Firm and the Flangas Law Offices.

COOK & KELESIS, LTD.

*/s/ Marc P. Cook*
Marc P. Cook, Esq.
517 S. Ninth Street
Las Vegas, Nevada 89101
mcook@bckltd.com

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATE: October 22, 2026