MARC P. COOK, ESQ.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: mcook@bckltd.com
*Attorneys for Defendant, Jamal Rashid*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHLOE C., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>JAMAL F. RASHID, et al.,<br><br>Defendants. | CASE NO. 2:23-cv-02056-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED and by and between Defendant, JAMAL F. RASHID ("Defendant" or "Rashid"), by and through his counsel of record, Marc P. Cook, Esq., of the law firm of Cook & Kelesis, Ltd. and Plaintiff, CHLOE C., by and through her counsel of record, Geoffrey Parker, Esq., of the law firm of Hilton Parker LLC, that the time for Defendant to file a responsive pleading to the Complaint be extended to 45 days from the filing of this Stipulation and Order.

Pursuant to LR IA 6-1, the reasons for the extension are as follows:

1. The parties anticipate that Rashid is filing for bankruptcy protection within approximately fourteen (14) days;

2. The parties have agreed to stipulate to lift the bankruptcy stay for the limited

purpose of this litigation and the Williams Matter;[1]

3. Further, in order to ensure that no document is pending or order issued while the stay is in place, the parties need to stipulate to extend the time frame for Rashid to file a responsive pleading in this matter for forty-five (45) days from the filing of this Stipulation;

4. Counsel for Rashid is newly engaged by Defendant and additional time is needed to acclimate to the history of this matter.

DATED this 17th day of November, 2026.

COOK & KELESIS, LTD.

*/s/ Marc P. Cook*
Marc P. Cook, Esq.
Nevada Bar No. 4574
517 S. Ninth Street
Las Vegas, Nevada 89101
*Counsel for Defendant, Jamal Rashid*

DATED this 17th day of November, 2026.

HILTON PARKER LLC

*/s/ Geoffrey C. Parker*
Geoffrey C. Parker, Esq.
Nevada Bar No. 16952
7620 Farmsbury Drive
Reynoldsburg, Ohio 43068
*Counsel for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATE: November 18, 2026

[1]The "Williams Matter" refers to the case styled *Angela Williams v. Steve Sisolak, et al.*, Case No. 2:21-cv-01676-APG-MDC wherein Rashid has also been named as a Defendant.